**Quentin T. DOCKS, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 04–3403.**

United States Court of Appeals, Federal Circuit.

June 10, 2005.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and LINN, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Kevin D. ADAM, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 04–3446.**

United States Court of Appeals, Federal Circuit.

June 10, 2005.

Before MAYER, RADER, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.